

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Randall Greenough, Appellant

No. 06-18-00019-CR     v.

The State of Texas, Appellee

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 22,719-2015). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment in trial court cause number 22,719-2015 and render a judgment of acquittal as it relates thereto.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED JULY 13, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk